No. 461.  MONAGAS Y DE LA ROSA ET AL. *v.* VIDAL-GARRASTAZU.  C. A. 1st Cir.  Certiorari denied.  *José A.*

912

*Poventud* for petitioners. *James R. Beverley* for respondent.